| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE FILED: 05/19/98 | | N/S: 830 | | DISTRICT: 0978 | | | COUNTY: 32003 |
| DATE CLSD.:    /  / | J: 3 | ORG: 1 | PD: 2 | DD: 1 | R23: 4 | DMND: | MDL...: |

## I. CAUSE

28 U.S.C. 1331 & 1338 PATENT INFRINGEMENT          BASE FILE: CV-S-97-1383-HDM (LRL)
FILING FEES PAID #31198

JURY DEMAND PLAINTIFF & Defendant     Also Consolidated w/CV-S-98-738-HDM
   Counterclaim fld 6/9/98 #16      COUNTERCLAIM FILED 6/9/98 (#19)            (RLH)

## II. UPPER                                                              ATTORNEY

ACRES GAMING, INC.              Plaintiff  JERRY A RIEDINGER         WILLIAM R. URGA
                                           MICHAEL D. BROADDUS       ~~MARK ROSENGRANTZ~~
                                           MARK  G. JACKSON          JOLLEY URGA WIRTH & WOODBURY
                                           PERKINS COIE LLP          3800 Howard Hughes pkwy 16th
                                           1201 3rd Ave 40th Flr     Las Vegas, NV 89109
                                           Seattle, WA 98101-3099    (702) 699-7500
                                           (206) 583-8888

## III. LOWER                                                             ATTORNEY
                                                                                       VP #
MIKOHN GAMING CORPORATION ✓    Defendant     Bernhard Kreten/Victor Gallo (21842)
NEW YORK NEW YORK HOTEL, LLC ✓ Defendant     BERNHARD  KRETEN & ASSOCIATES
CASINO DATA SYSTEMS, INC. ✓    Defendant     77 Cadillac Drive, Ste. #245
SUNSET STATION            ✓    Defendant     Sacramento, CA 95825
                                             (916) 921-6181

                                             Bruce W. Benson
                                             3300 Birtcher Drive
                                             Las Vegas, NV 89118
                                             (702) 269-5032

                                             **for Ds Casino Data Systems & Sunset
                                             Station**


                                             Steve Morris/Adam P. Segal
                                             SCHRECK MORRIS
                                             300 S. Fourth St., #1200
                                             Las Vegas, NV 89101
                                             (702) 382-2101

                                             Steven E. Shapiro **(VP #20)** **
                                             MITCHELL SILBERBERG & KNUPP
                                             11377 W. Olympic Blvd.
                                             Los Angeles, CA 90064-1683

                                             **for D Mikohn Gaming Corp. &
                                             NEW YORK NEW YORK HOTEL**

                                             ** Attys Dong James Chung (VP #23);
                                                Brent Rabowsky (VP #24) &
                                                George M. Borkowski (VP #25)

CASINO DATA SYSTEMS &
SUNSET STATION HOTEL & CASINO

    Defendants/Counterclaims

vs.

ACRES GAMING CORPORATION

    Plaintiff/Counterdefendant

**COUNTERCLAIM FD 6/9/98 #16**

---

**MIKOHN GAMING CORPORATION,**

        **Counterclaimant,**

vs.

**ACRES GAMING CORPORATION,**

        **Counterdefendant.**

**COUNTERCLAIM FILED 6/9/98 (#19)**

DC 111A
(Rev. 1/75)

**CIVIL DOCKET CONTINUATION SHEET**

| PLAINTIFF | DEFENDANT | CV-S-98-794-PMP(LRL) |
|---|---|---|
| ACRES GAMING CORP., | MIKOHN GAMING CORP., et al, | DOCKET NO. _____ PAGE 2 OF ___ PAGES |

EJW

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 5/19/98 | 1 | COMPLAINT obo P. w/jury demand (AT) bh |
| -- | -- | SUMMONS issd to P (4) (AT) bh |
| -- | -- | JS-5 (AT) bh |
| -- | -- | FILING FEES PAID. bh |
| 5/21/98 | 2 | MOTION for prelim inj obo P. (AT) (m) bh  **FLD SEPERTLY DUE TO SIZE)** (DISPO: #122 (sealed) (14)(50) |
| -- | 3 | MOTION for expedited disc & expedited entry of a protectv ord obo P. (AT) bh (DISPO: Granted/Denied #45 (14)  Oppo #10/Oppo #13 |
| 5/22/98 | 4 | AO 120 mld cpy of cpmlt to the Commissioner of Patents & Trademarks (AT) bh |
| -- | 5 | LETTER to Ps out/state cnsl re VP & Design due **7/5/98**. cps dist (AT) bh |
| 5-22-98 | — | Sub #2 & 3 to PMP-nd |
| 5/26/98 | — | Sub to #3 - ofm |
| 5/28/98 | 6 | SUMMONS w/retn serv; D Station Casinos servd 5/20/98 (AT) sml |
| -- | 7 | SUMMONS w/retn serv; D Casino Data Systems servd 5/20/98 (AT) sml |
| -- | 8 | SUMMONS w/retn serv; D Mikohn Gaming servd 5/20/98 (AT) sml |
| -- | 9 | MOTION for Severence obo Ds Casino Data Systems & Sunset Station (m)(AT) sml (DISPO: Response #34 - Reply #39 Denied p4 π/63 |
| -- | 10 | OPPOSITION to ps Mtn for Expedited Disc, etc. (#3) obo Ds Casino Data Systems & Sunset Station (m)(AT) sml |
| -- | 11 | LETTER (cpy) to Ds' out/st cnsls re VP/lcl cnsl forms due by 7/13/98 (AT) Cps dis |
| -- | 12 | MOTION to Transfer/Consolidate Cases (w/CV-S-97-1383-HDM/LRL & CV-S-98-738-HDM/RL obo D Mikohn Gaming (m)(AT) sml MOOT PER ORDER #49 (DISPO: Oppo #33 - Reply #37 |
| -- | 13 | MOTION for Extnsn/Time to Oppose Ps Mtn for Prelim Inj (#2) & (DISPO: Granted #14 OPPOSITION to Ps Mtn to Expedite Disc & for Prot Ord (#3) obo D Mikohn Gaming(m) *** FILED SEPARATELY DUE TO SIZE *** |
| 5/29/98 | — | Sub to LRL #3, 10, 13 - ofm |
| 6/2/98 | 14 | MINUTES OF COURT (LRL)(98-1-40/98-1-41) of hearing @ reqst of D cnsl to address disc issues. ORD D Mikohn's Mtn to Extnd Time to Respnd to Ps Mtn for Prelim Injnctn (contained w/in Oppo #13) GRANTED. D Mikohn's respns to Ps Mtn for PRelim Injnctn (#2) shall be filed n/l/t 7/17/98. FUR ORD cnsl shall meet & cnfer to fashn prot ord & file a documt to Ct that defines differences cnsl have in fashning prot ord n/l/t 6/11/98. Ct advises cnsl LRL will be unavailabl re disput until after 6/15/98 but PMP may be availabl. EOD 6/5/98 (AT) Cps dist. sml |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CV-S-98-794-PMP (LRL) |
|---|---|---|
| ACRES GAMING CORPORATION | MIKOHN GAMING CORP., ETC. | DOCKET NO. _____ PAGE 3 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6/5/98 | 15 | **SUMMONS** w/retn serv; D NY NY Hotel & Casino servd 5/22/98 (AT) sml |
| 6/9/98 | 16 | **ANSWER** to cmplt & **COUNTERCLAIMS** w/Jury Trial Demand obo Ds. Casino Data Systems & Sunset Station Hotel & Casino (m) (AT) efm |
| -- | 17 | **CERTIFICATE** as to int ptys LR 10-6 obo Def. Mikohn Gaming Corp. & New York New York Hotel & Casino, LLC. (m) cpy to PMP/LRL |
| 6/9/98 | 18 | **ANSWER** to cmplt obo D New York New York Hotel & Casino. (m)(AT)kly |
| -- | 19 | **ANSWER** to Cmplt & **COUNTERCLAIMS** obo D Mikohn Gaming (m)(AT) sml |
| 6/11/98 | 20 | **VERIFIFED PETITION (PMP)** for Steven E. Shapiro as cnsl for D Mikohn Gaming (AT) Cps dist. sml |
| -- | 21 | **VERIFIED PETITION (PMP)** for Victor J. Gallo as cnsl for D Casino Data Systems (AT) Cps dist. sml |
| -- | 22 | **VERIFIED PETITION (PMP)** for Bernhard Kreten as cnsl for D Casino Data Systems (AT) Cps dist. sml |
| -- | 23 | **VERIFIED PETITION (PMP)** for Dong James Chung as cnsl for D Mikohn Gaming Corp (AT) Cps dist. sml |
| -- | 24 | **VERIFIED PETITION (PMP)** for Brent Rabowsky as cnsl for D Mikohn Gaming Corp (AT) Cps dist. sml |
| -- | 25 | **VERIFIED PETITION (PMP)** for George M. Borkowski as cnsl for D Mikohn Gaming Corp (AT) Cps dist. sml |
| 6/15/98 | 26 | **DESIGNATION/RESIDENT ATTORNEY (LSW/SML)** obo Steven E. Shapiro, who designts Steve Morris as lcl cnsl for D Mikohn Gaming (AT) Cps dist. sml |
| -- | 27 | **DESIGNATION/RESIDENT ATTORNEY (LSW/SML)** for Victor J. Gallow, who designts Bruce M. Benson as lcl cnsl for D Casino Data Systems & Sunset Station Hotel (AT) Cps dist. |
| -- | 28 | **DESIGNATION/RESIDENT ATTORNEY (LSW/SML)** for Bernhard Kreten, who designts Bruce W. Benson as lcl cnsl for D Casino Data Systems & Sunset Station (AT) Cps dist.sml |
| -- | 29 | **DESIGNATION/RESIDENT ATTORNEY (LSW/SML)** for Dong James Chung, who designts Steve Morris as lcl cnsl for D Mikohn Gaming (AT) Cps dist. sml |
| -- | 30 | **DESIGNATION/RESIDENT ATTORNEY (LSW/SML)** for Brent Rabowsky, who designts Steve Morris as lcl cnsl for D Mikohn Gaming (AT) Cps dist. sml |
| -- | 31 | **DESIGNATION/RESIDENT ATTORNEY (LSW/SML)** for George M. Borkowski, who designts Steve Morris as lcl cnsl for D Mikohn Gaming (AT) Cps dist. sml |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

| PLAINTIFF | DEFENDANT | CV-S-98-794-PMP (LRL) DOCKET NO. |
|---|---|---|
| ACRES GAMING CORPORATION | MIKOHN GAMING CORP., ETC. | PAGE 4 OF ___ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 6/12/98 | 32 | **ORDER (PMP) ORD** all Ds herein have to & inclding 7/17/98 to file respnses to Ps Mtn for Prelim injnctn, & P shall have until 7/24/98 to file reply. FUR ORD Ps Mtn for Prelim Injnctn shall be placed on clndr for hearing in **Ctrm #2 on Fri., 7/31/98, @ 2:30 pm** (AT) Cps dist. sml |
| 6/12/98 | 33 | **OPPOSITION** to Mtn to Transfer #12 obo P. (m)(AT)kly |
| 6/15/98 | 34 | **RESPONSE** to D Casino Data/Sunset Statn's Mtn for Severance (#9) obo P (p)(AT) sml |
| 6/18/98 | | Snk to LRL- #3,13,14-om |
| 6/19/98 | | Note to LRL - om |
| 6/18/98 | 35 | **CERTIFICATE** reqd by LR 10-6 obo P (p)(no other known ptys)(AT) sml |
| 6/19/98 | 36 | **CERTIFICATE/SERVICE** of #20,23,24,25,26,29, 30, & 31 obo D Mikohn Gaming via mail. |
| 6/23/98 | 37 | **REPLY** to D Mikohn Gaming's Mtn to Transfer & Consolidate Related Cases (#12)(m)(A |
| 6/26/98 | 38 | **PROOF/SERVICE** of #20 & #21 via mail obo Ds Casino Data & Sunset Station. sml |
| -- | 39 | **REPLY** to Ds Casino Data & Sunset Station's Mtn for Severance (#9)(m)(AT) sml |
| 6/29/98 | - | Snk to LRL #10 -om |
| 7/1/98 | 40 | **REPLY** to 1st Cntrclaim (#16) of Ds Casino Data & Sunset Station obo P (m)(AT) sml |
| -- | 41 | **REPLY** to 1st Cntrclaim of D Mikohn Gaming (#19) obo P (m)(AT) sml |
| -- | 42 | **MOTION** to Dismiss & to Strike Affirmative Defenses (4th defense) of D NY,NY Hotel (refers to Answ #18) obo P (m)(AT) sml (DISPO: Denied as moot per #163 |
| -- | 43 | **MOTION** to Dismiss & to Strike (3rd) Affirmative Defense (w/in Answ #16) of D Casino Data & Sunset Station obo P (m)(AT) sml (DISPO: Denied as moot per #163 |
| -- | 44 | **MOTION** to Strike (4th) Affirmative Defense of D Mikohn Gaming Corp (re Answ #19) obo P (m)(AT) sml (DISPO: Denied in part & reserved for ruling in part #16 |
| 7/2/98 | 45 | **ORDER (LRL) ORD** Ps Mtn for Expedited Disc & Expedited Entry/Prot Ord (#3) GRANTED TO FOLLOWING EXTNT: ptys shall, n/l/t 7/8/98, lodge w/Ct either (a stip'd prot ord) or their respective proposals for prot ord. FUR ORD in all other respects, Mtn #3 DENIED. EOD 7/6/98 (AT) Cps dist. sml |
| 7/8/98 | 46 | **NOTICE/FILING** Prop Prot Order obo D Mikohn Gaming (re Mikohn reqsts their draft be entered as the prot order, etc) (m)(AT) sml |
| -- | 47 | **PROPOSED PROTECTIVE ORDER** submission obo P (p)(AT) sml |
| 7/9/98 | - | Snk to LRL # 47-om |

DC 111A
(Rev. 1/75)

CIVIL DOCKET CONTINUATION SHEET

EJW
HDM

| PLAINTIFF | DEFENDANT | CV-S-98-794-~~PMP~~(LRL) |
|---|---|---|
| ] ACRES GAMING CORPORATION | MIKOHN GAMING CORP, ETC. | DOCKET NO. _____ PAGE 5 OF ____ PAGES |

| DATE | NR. | PROCEEDINGS |
|---|---|---|
| 7/8/98 | 48 | ~~MOTION for Lv to Substit Cnsl &~~ ⊘ (DISPO: _granted per #53_) ~~MOTION for Extnsn Time re Prot Ord obo Ds Casino Data & Sunset Station~~ (m)(AT) sml  ~~#50 Dispo~~ |
| 7/9/98 | 49 | ORDER (HDM) ORD D Mikohn's Mtn to Transfer/Cnsldt this case (CV-S-98-738-HDM-RLH; orig ord filed in that case; cpy in this case) wCV-S-98-794-PMP (LRL) & with CV-S-97-1383-HDM (LRL) GRANTED. Hereinafter, pldings & mtns shall bear only title & designtn by # of CV-S-97-1383-HDM (LRL) w/the words "Base File" written below the case # & shall be filed only in the base file. (AT) Cps dist. sml |
| 7/13/98 | 50 | MINUTES OF COURT (LRL)(98-1-45) of 7/10/98 hearing re Mtn #48. Ct instructs ptys to redraft the Prot Ored (see #47) & submt to the Ct by Fri., 7/17/98. ORD **Prelim Injnctn hearing prev set for Fri., 7/31/98 before PMP VACATED & resched to Fri., 10.2.98, @ 2:00 pm.** FUR ORD oppo to Mtn for Prelim Injnctn shall be filed by 9/18/98, w/replies to be filed by 9/25/98. ORD respns to Mtn to Strike (#44) extnded to 8/14/98, & reply shall be due by 8/24/98 (AT) Cps dist. sml |
| 7/14/98 | 51 | ORDER (PMP) ORD this Ct's hearing on Ps Mtn for Prelim Injnctn currently sched w/PMP on 10/2/98, @ 2:00 pm, VACATED (due to case reassignmt, etc) (AT) Cps dist. sml |
| 7/19/98 | 52 | MINUTE ORDER (HDM/PV) ORD (to clarify recrd in this matter), Clk directed to change this case file to reflct its **reassignmt to HDM. Case # henceforth shall be referred to as CV-S-98-794-HDM (LRL)**, & any additnl pldings are to be placed in base file of CV-S-97-1383-HDM (LRL). Clk also directed to forthwith submt any mtns that were heretofore submtd to PMP in CV-S-98-794-HDM (LRL) to HDM for cnsrtn. EOD 7/17/98 (AT) Cps dist. sml |
| 7/17/98 | — | Sut to HDM #49,34,36,48. PV |
| 10/30/98 | 53 | **ALL DOCKETING TO BE DONE IN THE BASE FILE CV-S-97-1383-HDM(LRL)** (COPY) AMENDED MINUTES OF PROCEEDINGS DATED 7/10/98(LRL) ORD that the preliminary injunctn hrng prev set for 7/31/98 bef PMP is vacated & resched for 10/2/98 @ 2pm. FUR ORD that the oppo to the mtn for preliminary injucnt shall be fld by 9/18/98 w/replies to be fld by 9/25/98. FUR ORD taht the resp to the mtn to strike shall be ext to 8/14/98, & the reply shall be due by 8/24/98. FINALLY IT IS ORD that the Ds Casino & Sunset Stations' mtn for lv to subst cnsl (#48) is granted. (AT) Cps dist .jr (Crt/Tape #98-1-45) |
| 2/14/00 | 54 | (copy) MINUTE ORDER(HDM) ORD that the Base File having been reassigned to the Honorable Evan J. Wallach, US Court of Internatl Trade sitting by designation for all fur proceedings. CV-S-98-794-EJW(LRL) and CV-S-98-738-EJW(LRL). The clk of crt is directed to change the files & dockets to reflect this reassignmnt. (AT) Cps dist. jr |

_All Further Docketing on NED_